United States District Court
Southern District of Texas
**ENTERED**
October 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAYERLING SARAHI OSEJO-ANDRADE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02619 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Mayerling Sarahi Osejo-Andrade, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials at the Montgomery Processing Center in Conroe, Texas. Through counsel, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging her continued detention. Doc. No. 1.

The record reflects that petitioner has not been admitted to the United States and, therefore, is an applicant for admission under 8 U.S.C. § 1225(b) subject to mandatory detention. *See* Doc. No. 1 at 9; Doc. No. 5-2 at 1. The Fifth Circuit's holdings in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026), and *Sosnava Rodriguez v. Vergara*, --- F.4th ----, No. 26-50183, 2026 WL 3181188, at *9 (5th Cir. Oct. 23, 2026) (*en banc*), foreclose the petitioner's claims for habeas relief.

Accordingly, the Court **ORDERS** as follows:

1. Respondent's motion for summary judgment (Doc. No. 5) is **GRANTED**.

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED.**

3. All other pending motions, if any, are **DENIED as MOOT**.

4. This case is **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SIGNED this 28th day of October 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE